# EXHIBIT D

## U.S. Patent No. 7,594,249 ("the '249 Patent") Exemplary Infringement Chart

The Accused MoCA Instrumentalities are instrumentalities that Cox deploys to provide a whole-premises DVR network over an on-premises coaxial cable network with nodes operating with data connections compliant with MoCA 1.0, 1.1, and/or 2.0. The Accused MoCA Instrumentalities include the Cox XG1v3, Cox XG2v2, Arris DCX3200, Arris MR150CNM, Pace PX032ANI, Pace PXD01ANI, and substantially similar instrumentalities. Cox literally and/or under the doctrine of equivalents infringes the claims of the '249 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused MoCA Instrumentalities.

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| 10. A broadband local area network for transmitting modulated signals using coaxial cable building wiring containing a plurality of branches comprising: | The Accused Services are provided using at least the Accused MoCA Instrumentalities including gateway devices (including the Cox XG1v3, Cox XG2v2, and devices that operate in a similar manner), client devices (including the Arris DCX3200, Arris MR150CNM, Pace PX032ANI, Pace PXD01ANI, and devices that operate in a similar manner), and substantially similar instrumentalities. The Accused MoCA Instrumentalities operate to form a broadband local area network for transmitting modulated signals using coaxial cable building wiring containing a plurality of branches as described below.<br><br>The Cox full-premises DVR network constitutes a broadband local area network as claimed. The Cox full-premises DVR network is a MoCA network created between gateway devices and/or client devices using the on-premises coaxial cable network. This MoCA network is compliant with MoCA 1.0, 1.1, and/or 2.0.<br><br>"The MoCA system network model creates a coax network which supports communications between a convergence layer in one MoCA node to the corresponding convergence layer in another MoCA node."<br>(MoCA 1.0, Section 1. *See also* MoCA 1.1, Section 1.1; MoCA 2.0, Section 1.2.2) |

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | "The MoCA Network transmits high speed multimedia data over the in-home coaxial cable infrastructure." (MoCA 1.0, Section 2. *See also* MoCA 1.1, Section 2; MoCA 2.0, Section 5) "The MoCA Network transmits high speed multimedia data over the in-home coaxial cable infrastructure." (MoCA 1.0, Section 2. *See also* MoCA 1.1, Section 2; MoCA 2.0, Section 5) "The MoCA physical layer (PHY) utilizes a modulation technique named Adaptive Constellation Multi-tone (ACMT). ACMT is a variation of orthogonal frequency division multiplexing (OFDM) where knowledge of the channel is used to pre-equalize all signals using variable bitloading on all subcarriers." (MoCA 1.0, Section 2.2. *See also* MoCA 1.1, Section 2.2; MoCA 2.0, Section 5) Cox utilizes the MoCA standard to provide an on-premises DVR network over an on-premises coaxial cable network as described below: |

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
|  | **Here's what to do:**<br><br>IMPORTANT: If you have Cox Internet, your modem must be installed before continuing. ==If you have a large Contour box (host), that also needs to be up and running before continuing this installation.==<br><br>**① Plug in the Contour box**<br><br>First, connect the **coax cable** ① to an active cable outlet and the Contour box.<br>Then connect the **HDMI cord** ② to your TV and the Contour box.<br>Lastly, connect the **power cord** ③ to an electrical outlet and the Contour box. This will power it on.<br><br>*TIP: Plug the coax cable into a centrally located cable outlet or use the same outlet where the old device was connected.* |

Page 3 of 14

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | **Multi-Room DVR** With the optional MoCA Home Networking component, the DCX3200-M provides the flexibility to not only watch your favorite programs on your schedule, but also choose the room in your home where you would like to view your programs. The DCX3200-M serves as a multimedia client that can access and playback recorded programs from a separate MoCA-enabled DVR set-top within the home over the existing coaxial cabling. |
| a filter located at the point of entry of the building wiring that rejects network signals originating in the building wiring such that the rejected network signals do not pass through the filter, but rather are reflected by the filter back into all branches of the building wiring; | The Accused MoCA Instrumentalities operate to form a broadband local area network having a filter located at the point of entry of the building wiring that rejects network signals originating in the building wiring such that the rejected network signals do not pass through the filter, but rather are reflected by the filter back into all branches of the building wiring as described below.

On informed belief, the Cox on-premises DVR network includes at least a filter located at the point of entry of the building wiring that rejects network signals originating in the building wiring such that the rejected network signals do not pass through the filter, but rather are reflected by the filter back into all branches of the building wiring. |

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | **Here's what to do:** [diagram showing Contour box connections with coax cable (1), HDMI cord (2), and power cord (3)] **IMPORTANT:** If you have Cox Internet, your modem must be installed before continuing. If you have a large Contour box (host), that also needs to be up and running before continuing this installation. **1 Plug in the Contour box** First, connect the **coax cable** (1) to an active cable outlet and the Contour box. Then connect the **HDMI cord** (2) to your TV and the Contour box. Lastly, connect the **power cord** (3) to an electrical outlet and the Contour box. This will power it on. TIP: Plug the coax cable into a centrally located cable outlet or use the same outlet where the old device was connected. **Multi-Room DVR** With the optional MoCA Home Networking component, the DCX3200-M provides the flexibility to not only watch your favorite programs on your schedule, but also choose the room in your home where you would like to view your programs. The DCX3200-M serves as a multimedia client that can access and playback recorded programs from a separate MoCA-enabled DVR set-top within the home over the existing coaxial cabling. "The MoCA system network model creates a coax network which supports communications between a convergence layer in one MoCA node to the corresponding convergence layer in another MoCA node." (MoCA 1.0, Section 1. *See also* MoCA 1.1, Section 1.1; MoCA 2.0, Section 1.2.2) |

314607073.2

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | <br>Figure 2-1. A Typical In-home Cable Network<br><br>(MoCA 1.0, Figure 2-1. *See also* MoCA 1.1, Figure 2-1; MoCA 2.0, Figure 1-1)<br><br>"Because of the effects of splitter jumping and reflections, the channel characteristics for a link between two nodes may be dramatically different than a link between any other two nodes. Channel characteristics are also sensitive to the direction of the communication, so a reverse path may be different than the forward path." |

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | (MoCA 1.0, Section 2.1.2. See also MoCA 1.1, Section 2.1.2; MoCA 2.0, Section 1.2.2)<br><br>"Device performance may be dependent on filters required by the vendor which are external to the main enclosure of the MoCA device. In such cases the vendor may install the filters to meet the required performance specified in this section." (MoCA 1.0, Section 8. *See also* MoCA 1.1, Section 8; MoCA 2.0, Section 15) |
| at least one signal splitter; | The Accused MoCA Instrumentalities operate to form a broadband local area network having at least one signal splitter as described below.<br><br>For example, the Cox on-premises DVR network includes at least one splitter.<br><br>**Here's what to do:**<br><br>IMPORTANT: If you have Cox Internet, your modem must be installed before continuing. If you have a large Contour box (host), that also needs to be up and running before continuing this installation.<br><br>**1 Plug in the Contour box**<br>First, connect the **coax cable** ① to an active cable outlet and the Contour box.<br>Then connect the **HDMI cord** ② to your TV and the Contour box.<br>Lastly, connect the **power cord** ③ to an electrical outlet and the Contour box. This will power it on.<br>TIP: Plug the coax cable into a centrally located cable outlet or use the same outlet where the old device was connected. |

Page **7** of **14**

314607073.2

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | **Multi-Room DVR** With the optional MoCA Home Networking component, the DCX3200-M provides the flexibility to not only watch your favorite programs on your schedule, but also choose the room in your home where you would like to view your programs. The DCX3200-M serves as a multimedia client that can access and playback recorded programs from a separate MoCA-enabled DVR set-top within the home over the existing coaxial cabling.<br><br>"Typical in-home coaxial networks are configured as a branching tree topology with the point of demarcation being at the point of entry, typically on the side of the house, and outlets distributed throughout the house. The point of entry is typically connected to the first splitter in the home through a coax cable. In order to get MSO services, the point of entry must be connected to a multi-tap in the MSO's coax distribution plant. In this document, the point of connection to the first splitter is called the root node. The MoCA devices inside the home communicate with each other by having their signals traverse across one or more splitters. When the signal traverses between two outputs of a single splitter, this is referred to as 'splitter jumping'. Splitter jumping is always necessary when the signal must traverse between outlets in the home."<br>(MoCA 1.0, Section 2.1.1. *See also* MoCA 1.1, Section 2.2.1; MoCA 2.0, Section 1.2.2) |

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | <br>Figure 2-1. A Typical In-home Cable Network<br>(MoCA 1.0, Figure 2-1. *See also* MoCA 1.1, Figure 2-1; MoCA 2.0, Figure 1-1) |
| a plurality of terminal devices connected to the wiring branches, each terminal device capable of communicating with other terminal devices the reflected signal path created by the filter, wherein the terminal devices perform equalization on the received signal that restores a flat frequency | The Accused MoCA Instrumentalities operate to form a broadband local area network with a plurality of terminal devices connected to the wiring branches, each terminal device capable of communicating with other terminal devices the reflected signal path created by the filter, wherein the terminal devices perform equalization on the received signal that restores a flat frequency response to overcome communication channel impairments caused by the reflected signals as |

Page **9** of 14

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| response to overcome communication channel impairments caused by the reflected signals. | described below.<br><br>For example, the Accused MoCA Instrumentalities constitute terminal devices connected to the wiring branches and capable of communicating with other terminal devices the reflected signal path created by the filter. By virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules that perform equalization on the received signal that restores a flat frequency response to overcome communication channel impairments caused by the reflected signals.<br><br>Here's what to do:<br><br>IMPORTANT: If you have Cox Internet, your modem must be installed before continuing. If you have a large Contour box (host), that also needs to be up and running before continuing this installation.<br><br>**1** Plug in the Contour box<br>First, connect the **coax cable** ① to an active cable outlet and the Contour box.<br>Then connect the **HDMI cord** ② to your TV and the Contour box.<br>Lastly, connect the **power cord** ③ to an electrical outlet and the Contour box. This will power it on.<br>*TIP: Plug the coax cable into a centrally located cable outlet or use the same outlet where the old device was connected.* |

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | **Multi-Room DVR**<br>With the optional MoCA Home Networking component, the DCX3200-M provides the flexibility to not only watch your favorite programs on your schedule, but also choose the room in your home where you would like to view your programs. The DCX3200-M serves as a multimedia client that can access and playback recorded programs from a separate MoCA-enabled DVR set-top within the home over the existing coaxial cabling. |

Page **11** of **14**

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | <br>Figure 2-1. A Typical In-home Cable Network<br><br>(MoCA 1.0, Figure 2-1. *See also* MoCA 1.1, Figure 2-1; MoCA 2.0, Figure 1-1)<br><br>"The MoCA physical layer (PHY) utilizes a modulation technique named Adaptive Constellation Multi-tone (ACMT). ACMT is a variation of orthogonal frequency division multiplexing (OFDM) where knowledge of the channel is used to pre-equalize all signals using variable bitloading on all subcarriers." |

Page 12 of 14

314607073.2

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
| | (MoCA 1.0, Section 2.2. *See also* MoCA 1.1, Section 2.2; MoCA 2.0, Section 5) <br><br> "ACMT uses multicarrier transmission, much like OFDM." <br> (MoCA 1.0, Section 4.3.6. *See also* MoCA 1.1, Section 4.3.6; MoCA 2.0, Section 5.2) <br><br> "While it is physically a shared medium, the logical network model is a fully meshed collection of point-to-point links, each with its own unique channel characteristics and channel capacity. MoCA devices use optimized PHY parameters between every point to point link. Each set of optimized PHY parameters is called a PHY Profile. Because each link is unique, it is critical that all nodes know the source and the destination for every transmission." <br> (MoCA 1.0, Section 2.1.2. *See also* MoCA 1.1, Section 2.1.2; MoCA 2.0, Section 1.2.2) <br><br> "The topology of the in-home coax typically results in a multi-path delay profile. Because the echoes can be stronger and/or weaker than the original signal, depending on the output port-to-output port isolation of the jumped splitter, the channel is said to have either pre- or post-echoes, respectively. A zero decibel echo, i.e., equal power to the main path, leads to deep nulls in the frequency domain spectrum. In order to achieve target packet error rates of less than $10^{-5}$ for large packets (>1500 bytes) with no retransmissions, the MoCA physical layer uses channel pre-equalization (using bit loading) and multi-tone modulation on all links." <br> (MoCA 1.0, Section 2.2. *See also* MoCA 1.1, Section 2.2; MoCA 2.0, Section 5.2) <br><br> "ACMT is a variation of orthogonal frequency division multiplexing (OFDM) |

| U.S. Patent No. 7,594,249 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 10 of the '249 Patent |
|---|---|
|  | where knowledge of the channel is used to pre-equalize all signals using variable bitloading on all subcarriers. The term used to describe the bitloading of the ACMT subcarriers is "modulation profile" and the process of creating a modulation profile between a node pair is called "modulation profiling". During periodic modulation profiling, probes are sent between all nodes and analyzed. After probe analysis, modulation profiles are chosen to optimize individual link throughput while maintaining a low packet error rate." (MoCA 1.0, Section 2.2. *See also* MoCA 1.1, Section 2.2; MoCA 2.0, Section 5) |