KILPATRICK TOWNSEND & STOCKTON LLP

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center
Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East
Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE
Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-01047-JWH-KES<br><br>**COX'S NOTICE OF RULE 12(C) MOTION FOR INVALIDITY UNDER 35 U.S.C. § 101.**<br><br>Hearing Date:　July 21, 2023<br>Hearing Time:　9:00 a.m.<br>Courtroom:　　9D<br>Judge:　　　　Hon. John W. Holcomb<br><br>**DEMAND FOR JURY TRIAL** |

TO PLAINTIFF AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 21, 2023 at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Southern Division, located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701, before the Honorable John W. Holcomb, Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Defendants" and "Cox") will move, and hereby do move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) for Invalidity of U.S. Patent Nos. 9,838,213 and 10,432,422 under 35 U.S.C. § 101 for claiming patent-ineligible subject matter.

This motion is made pursuant to Fed. R. Civ. P. 12(c) and the Local Rules applicable thereto. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on Monday, June 5, 2023. Plaintiff confirmed that it will oppose the motion.

| | | |
|---|---|---|
| 1 | DATED: June 16, 2023 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | By: */s/ April E. Isaacson* |
| 4 | | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center<br>Suite 1900<br>San Francisco CA 94111<br>(415) 273 8306 |
| | | Rishi Gupta (SBN 313079)<br>rgupta@kilpatricktownsend.com<br>Sarah Y. Kamran (SBN 347617)<br>skamran@kilpatricktownsend.com<br>1801 Century Park East<br>Suite 2300<br>Los Angeles CA 90067<br>(310) 777 3733 |
| | | Mitchell G. Stockwell (*pro hac vice*)<br>mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba (*pro hac vice*)<br>wkadaba@kilpatricktownsend.com<br>Michael J. Turton (*pro hac vice*)<br>mturton@kilpatricktownsend.com<br>Courtney S. Dabbiere (pro hac vice)<br>cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah (*pro hac vice*)<br>cleah@kilpatricktownsend.com<br>1100 Peachtree Street, NE<br>Suite 2800<br>Atlanta GA 30309<br>(404) 815 6500 |
| | | *Attorneys for Defendants*<br>*Cox Communications, Inc., CoxCom,*<br>*LLC, and Cox Communications*<br>*California, LLC* |

COX'S NOTICE OF RULE 12(C) MOTION FOR INVALIDITY UNDER 35 U.S.C. § 101      - 2 -
CASE NO. 2:23-CV-01047-JWH-KES

US2008 22001510 1