

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,

Defendants.

Civil Action No. 2:23-cv-01047-JWH-KES

**[PROPOSED] ORDER GRANTING COX'S OF RULE 12(C) MOTION FOR INVALIDITY UNDER 35 U.S.C. § 101.**

District Judge: Hon. John W. Holcomb

Having considered Cox Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC's Rule 12(c) Motion for Judgement on the Pleadings for Invalidity under 35 U.S.C. § 101 and for good cause shown, the Court grants the Motion, finds U.S. Patent Nos. 10,432,422 and 9,838,213 invalid under 35 U.S.C. § 101 for claiming patent-ineligible subject matter, and dismisses Counts VIII and IX of Entropic Communications, LLC's Complaint with Prejudice.

IT IS SO ORDERED.

Dated: ____________, 2023

______________________________
Hon. John W. Holcomb
United States District Court Judge