Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000

James A. Shimota
(*admitted pro hac vice*)
jim.shimota@klgates.com
**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: +1 312 807 4299

Darlene F. Ghavimi
(*admitted pro hac vice*)
darlene.ghavimi@klgates.com
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al*.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01047-JWH-KES<br><br>**DECLARATION OF DARLENE GHAVIMI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RULE 12(c) MOTION TO DISMISS FOR INVALIDITY UNDER 35 U.S.C. § 101**<br><br>Hearing Date:　July 21, 2023<br>Hearing Time:　9:00 a.m.<br>Courtroom:　　9D<br>Judge:　　　　Hon. J. W. Holcomb |

**DECLARATION OF DARLENE GHAVIMI IN SUPPORT**
**OF PLAINTIFF'S OPPOSITION**

# DECLARATION OF DARLENE GHAVIMI

I, Darlene Ghavimi, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Texas, admitted *pro hac vice* in this Court, and I am a partner at the law firm of K&L Gates LLP.

2. I am one of the attorneys on the K&L Gates's team representing Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and could and would competently testify to these matters.

3. I submit this Declaration in support of and file this Declaration concurrently with Plaintiff's Opposition to Defendants' Motion to Dismiss for Invalidity Under 35 U.S.C. § 101.

4. Attached as Exhibit A is a true and correct copy of an Office Action related to an application before the United States Patent and Trademark Office ("USPTO") bearing serial number 12/027,202 and dated December 15, 2011.

5. Attached as Exhibit B is a true and correct copy of a Response to Non-Final Office Action related to an application before the USPTO bearing serial number 12/027,202 and dated May 3, 2017.

6. Attached as Exhibit C is a true and correct copy of a Notice of Allowance related to an application before the USPTO bearing serial number 12/027,202 and dated July 28, 2017.

7. Attached as Exhibit D is a true and correct copy of a Non-Final Office Action related to an application before the USPTO bearing serial number 15/832,390 and dated March 7, 2019.

8. Attached as Exhibit E is a true and correct copy of a Notice of Allowance related to an application before the USPTO bearing serial number 15/832,390 and dated May 24, 2019.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and accurate.

Dated: June 30, 2023  　　　　　　　　By: *Darlene Ghavimi*

　　　　　　　　　　　　　　　　　　　　　Darlene Ghavimi